

1:25-cr-00177
Judge John Robert Blakey
Magistrate Judge Gabriel A. Fuentes
RANDOM/CAT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR |
| v. | Violation: Title 18, United States Code, Section 2423(b) |
| BRIAN ARFLACK | **UNDER SEAL** |

### COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about January 9, 2023, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN ARFLACK,

defendant herein, traveled in interstate commerce from the state of Illinois to the state of Ohio, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(g), with another person, namely, Minor A, who was 14 years old, and who was at least 4 years younger than defendant;

In violation of Title 18, United States Code, Section 2423(b).

1

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2023 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2423(a), as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2428(a).

2. The property to be forfeited includes but is not limited to: the Apple iPhone, model XR cellphone bearing Serial Number G0NXT46DKXKW.

All pursuant to Title 18, United States Code, Section 2428(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY