IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-00177-1 |
| v. | ) | Magistrate Beth W. Jantz |
| | ) | |
| **Brian Arflack** | ) | |
| Defendant(s), | ) | |

## ORDER

Initial appearance and arraignment held on 4/29/25. Defendant appears following an arrest in Ohio and determination of removal to this District on 4/10/25 and arrival in this District on the afternoon of 4/28/25. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Darryl A. Goldberg as counsel for defendant. Defendant is advised of charges and informed of his rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Defendant waives formal reading and enters plea of not guilty to all counts in the indictment. The Government orally moves for a detention hearing pursuant to 18 U.S.C. Section 3142(f)(1)(E). Initially, the Defendant requested a detention hearing. However, the Court later received a representation from Mr. Goldberg that the Defendant waives a detention hearing without prejudice. The Rule 16.1 (a) conference is to be held by 5/6/25. Pretrial motions will be set by separate order. A status hearing before Judge Blakey is set for 5/2/25 at 1:00 p.m. Without objection, time is excluded from the date of arraignment to the next status hearing pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interest of justice and for reasons stated in open court. The Government's oral motion to unseal the case is granted. (X-T)

(00:15)

Date: 4/29/25

/s/ Beth W. Jantz
Beth W. Jantz
United States Magistrate Judge