


```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
       EASTERN DIVISION
```

| | |
|---|---|
| United States of America, Plaintiff, | CASE NO. 25 CR 177 |
| v. | Chief Judge Virginia M. Kendall |
| Brian Arflack Defendant, | |

## AFFIDAVIT

I, __Brian Arflack__, (hereinafter Affiant) affirm that I am of lawful age and competent to make this Affidavit. Where Affiant is called he will testify to the veracity herein, and I certify that the following facts stated herein are true and correct to the best of my knowledge.

In support thereof, I state the following:

### STATEMENT OF FACTS

1. I, __Brian Arflack__, am currently in Pretrial Detention at MCC Chicago and Defendant in the above-captioned Case at Bar.

2. I come forth pursuant to LCrR6.1. "Chief Judge to Supervise Grand Jury", which states in part "The chief judge shall ... All matters pertaining to grand juries shall be heard by the chief judge or his or her designee."

3. I seek a copy of any motions, orders, or documents relating to any grand jury subpoena issued in the grand jury proceedings for the Case at Bar, that are in the possession of the Clerk, AS WELL AS ALL OTHER RECORDS maintained by the Clerk relating to grand juries that are "restricted documents" available only on order of the chief judge; AS WELL AS ALL SEALED DOCUMENTS and ALL OTHER RECORDS, DOCUMENTS, RECORDINGS, TRANSCRIPTS, NOTES, AND ALL OTHER ITEMS KNOWN AND UNKNOWN RELATING TO GRAND JURY PROCEEDINGS IN THE POSSESSION OF THE PROSECUTION to ensure FULL DISCLOSURE of ALL EXCULPATORY BRADY MATERIALS that are ILLEGALLY BEING WITHHELD BY THE PROSECUTION; and come forth [pursuant to LCrR6.2. "Records of the Grand Juries in the Possession of the Clerk"] with said request for Order of the Chief Judge to release said BRADY MATERIALS to the Affiant (Defendant) for the Case at Bar, for the grand jury proceeding held on date __3/31/2025 and all other relevant proceeding dates__.

Respectfully Submitted,

MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605

*[signature: Brian Arflack]*

I, __Brian Arflack__, hereby swear under penalty of perjury that the information detailed herein is true and correct to the best of my knowledge on this __11th__ Day of __September__, 2025.

*[signature: Brian Arflack]*

### EXHIBITS

To include but not limited to:

1) Form <u>AO 190</u> - RECORD OF THE NUMBER OF GRAND JURORS CONCURRING IN AN INDICTMENT.
2) Form <u>AO 191</u> - REPORT OF A GRAND JURY'S FAILURE TO CONCUR IN AN INDICTMENT.
3) Form <u>AO 455</u> - WAIVER OF AN INDICTMENT.
4) LCrR6.1. Chief Judge to Supervise Grand Jury.
5) LCrR6.2. Records of the Grand Juries in the Possession of the Clerk.

__BKA__  __Sept. 11, 2025__
Initials  Date

EXHIBIT 1

AO 190 (Rev. 01/09) Record of the Number of Grand Jurors Concurring in an Indictment

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
|  | ) |
| _____ | ) |
| *Defendant* | |

### RECORD OF THE NUMBER OF GRAND JURORS CONCURRING IN AN INDICTMENT

As the foreperson of the grand jury of this court at a session held at _____ on _____ , I certify that *(specify number)* _____ grand jurors concurred in the indictment in this case.

Under Fed. R. Crim. P. 6(c), this record is being filed with the court clerk and will *not* be made public unless the court orders otherwise.

Date: _____       _____
                                                                               *Foreperson's signature*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

EXHIBIT 2

AO 191 (Rev. 01/09) Report of a Grand Jury's Failure to Concur in an Indictment

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
)
)
_____ )
*Defendant*

## REPORT OF A GRAND JURY'S FAILURE TO CONCUR IN AN INDICTMENT

As the foreperson of the grand jury of this court at a session held at _____ on _____ , I report that 12 or more grand jurors did not concur in finding an indictment in this case. Under Fed. R. Crim. P. 6(c), this record is being filed with the court clerk and will *not* be made public unless the court orders otherwise.

Date: _____     _____
                          *Foreperson's signature*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

EXHIBIT 3

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

EXHIBIT 4
EXHIBIT 5

## LCrR5.1. Duty Magistrate Judge: Eastern Division

The magistrate judge designated as emergency magistrate judge pursuant to LR77.2 shall serve as duty magistrate judge. Magistrate judges in this district shall have the power to perform all duties set forth in the United States Code and the Federal Rules of Criminal Procedure.

EXHIBIT 4]

## LCrR6.1. Chief Judge to Supervise Grand Jury

The chief judge shall supervise the operations of the grand jury, including empaneling and charging each grand jury at the commencement of its term, providing whatever services it may require, including a convenient place for its deliberations, entering all appropriate orders it requests, and discharging it upon completion of its deliberations or at the end of its term. All matters pertaining to grand juries shall be heard by the chief judge or his or her designee.

EXHIBIT 5]

## LCrR6.2. Records of the Grand Juries in the Possession of the Clerk

The following documents relating to grand juries shall be public records:

(1) orders empaneling grand juries;

(2) orders returning indictments;

(3) orders extending the period of service of grand juries; and

(4) orders discharging grand juries.

The clerk is authorized to provide to an attorney who has filed an appearance in a criminal case pending in this Court a copy of any motions, orders, or documents relating to any grand jury subpoena issued in the grand jury proceeding from which the case arose against the person on whose behalf the attorney is appearing. All other records maintained by the clerk relating to grand juries are restricted documents and shall be available only on order of the chief judge. This includes grand jury subpoenas, transcripts of testimony, the clerk's docket of grand jury proceedings, motions and orders relating to grand jury subpoenas, true bills, and no bills.

localfdr                                                   1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

# CERTIFICATE OF SERVICE

I, <u>Brian Arflack</u>, hereby certify under penalty of perjury, that the following document(s) were deposited into institutional Legal Mail Service at MCC Chicago, 71 W. Van Buren St., Chicago, IL 60605, with first class prepaid postage affixed thereto, on this <u>11th</u> Day of <u>September</u>, 2025:

1) Judicial Notice of Defendant's Request for Production of Exculpatory Grand Jury Materials in Constitutional Compliance with Fifth Amendment and Statutory Compliance With 28 USCS § 1867(d) and 28 USCS § 1867(f).

PARTIES TO BE SERVICE:

1. President Donald Trump
   1600 Pennsylvania Ave.
   Washington, D.C. 20500

2. Vice President J.D. Vance
   1600 Pennsylvania Ave.
   Washington, D.C. 20500

3. U.S. Attorney General
   Pam Bondi
   950 Pennsylvania Ave. NW
   Washington, D.C. 20530-0001

4. FBI Director
   Kash Patel
   935 Pennsylvania Ave. NW
   Washington, D.C. 20535

5. U.S. Dist. Court Clerk
   Thomas G. Bruton
   219 S. Dearborn St.
   Chicago, IL 60604

6. Judicial Complaint Dept.
   219 S. Dearborn St.
   Room 2711
   Chicago, IL 60604

7. Judicial Conduct Committee
   One Columbus, Circle N.E.
   Washington, D.C. 20522
   Attn: Office of the General Counsel

8. Brian Arflack #72653-511
   Metropolitan Correctional Center
   71 W. Van Buren St.
   Chicago, IL 60605

```
Brian Arflack #72653-511
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605
```

[LEGAL MAIL]

09/16/2025-29

S SUBURBAN IL 604
12 SEP 2025 PM 8 L



United States District Court Clerk
Northern District of Illinois
Hon. Thomas G. Bruton
219 S. Dearborn St.
Chicago, IL 60604

RECEIVED
SEP 16 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-170299

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

SEP 11 2025

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.