


FILED 9/16/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, Plaintiff, v. Brian Arflack, Defendant, | Case No. 25 CR 177<br>Hon. Judge John R. Blakey |

## MOTION TO SELF-REPRESENT WITH ASSISTANCE OF COUNSEL

NOW COMES Defendant, Brian Arflack, and MOVES this Honorable Court to begin Self-Representation and proceed Propria Persona, with Assistance of Court-appointed Counsel, pursuant to <u>Faretta v. California</u> (422 U.S. 806, 45 L Ed 2d 562, 95 S.Ct. 2525)(1975) and the Sixth Amendment to the United States Constitution.

In support thereof, the Defendant asserts the following:

1. In <u>Faretta v. California</u>, the U.S. Supreme Court noted from <u>United States v. Plattner</u> (330 F.2d 274) that the right to assistance of counsel ... was intended to supplement the other rights of the defendant, and not to impair "the absolute and primary right to conduct one's own defense in propria persona." (Id., at 274).

2. At the present time, Defendant and existing Court-appointed Counsel have differences (irreconcilable) in Pretrial strategy. Counsel has not provided ANY paper copies of Discovery, Indictment, nor documents for the Case at Bar afer NUMEROUS repeated requests. Furthermore, Defendant WILL NOT WAIVE ANY Pretrial opportunities for timely submittal of Motions, Petitions and Requests per Fed. R. Crim. P. to PRESERVE RIGHTS and submit timely challenges to the instruments of prosecution as well as the entire Prosecution for any perceived/realized violations of Fed. R. Crim. P., Due Process of Law and the Constitutional, Statutory, Due Process, Appellate and Supreme Court Rights of the Defendant.

3. Defendant intends to keep and needs Court-appointed assistance of counsel for assistance and guidance in trial preparation, trial and pretrial guidance. Defendant suggests retain existing Counsel as Standby, or in the alternative appoint Tia Haywood (Haywood Monte Law Offices) or Blaine & Vanzant law firm as Standby.

WHEREFORE, Defendant respectfully requests this Court to grant the requested relief.

Respectfully Submitted,

Brian Arflack 72653-511
MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605

*Brian Arflack* (signature)

CERTIFICATE OF SERVICE

I, Brian Arflack, state under penalty of perjury that this document was deposited into the institutional Legal Mail System at MCC Chicago, 71 W. Van Buren St., Chicago, IL, 60605, with first class postage prepaid and affixed to envelope, on this 11th Day of September, 2025.
1) MOTION TO SELF-REPRESENT WITH ASSISTANCE OF COUNSEL.

To: Hon. Thomas Bruton
    Clerk of the U.S. District Court
    For the Northern District of Illinois
    219 S. Dearborn St.
    Chicago, IL 60604

I declare under penalty of perjury that the foregoing is true and correct, on this 11th Day of September, 2025.

*Brian Arflack* (signature)

BRIAN ARFLACK #72653-511
Metropolitan Correctional Center
71 W. Van Buren St,
Chicago, IL 60605



RECEIVED
SEP 16 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

S SUBURBAN IL 604
SEP 2025 PM 8 L

09/16/2025-21

LEGAL MAIL
SPECIAL MAIL

Hon. Thomas Bruton
Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. DEARBORN St.
Chicago, IL 60604