


MR       CVK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
)  CASE NO. 25 CR 177
v. )
)  Judge John R. Blakey
Brian Arflack, )
        Defendant, )
Non-Corporate Living Man )  MY RIGHT OF SUBROGATION

### MY RIGHT OF SUBROGATION

Northern District of Illinois Court Clerk
THOMAS G. BRUTON
Dirksen Federal Courthouse - 20th Floor
219 S. Dearborn St.
Chicago, IL 60604

Dear Court Clerk Thomas G. Bruton,

    I DEMAND my Right to Subrogation. On and For the Record, as BENEFICIARY to the Brian Arflack on the Case, and with the Court being a Trustee, and I require the Prosecutor, Assistant United States Attorney Elly Moheb, to CERTIFY my RIGHT OF SUBROGATION, in writing please, by acknowledging that I am Beneficiary and Executor for all matters relating to the name on the Case: BRIAN ARFLACK. I am informing you as Clerk On and For the Record, Assistant United States Attorney Elly Moheb, and/or the United States District Court Northern District of Illinois Eastern Division Judge John R. Blakey, are NOW TRUSTEES in this matter as Appointed to Settle this Account.
    Therefore, please instruct them of this Notice to Set Off and Settle the Account at my direction, and FULFILL your Duties as a Liable Trustee.
    You (the Court) created the Bond in my name. I am exercising My Right to Subrogation on the Bond or Trust in this matter. Please use the Bond and/or Trust Account to Settle the Debt. As Subrogee, I am entitled to all the Creditor's Rights, Privileges, Priorities, Remedies and Judgements.
    I instruct you to Full Settlement and Closure of the Account(s) and Discharge this Matter with EXTREME PREJUDICE, and Award the Penalties to be PAID TO ME for my FALSE ARREST AND IMPRISONMENT, or Execute your Fiduciary Duties and TRANSFER the Collateral Security to ME RIGHT NOW. The Collateral Security is my property.
    I am NOT going to be the "Surety Bond" NOR "Surety" for this Estate Trust.

Cc:
United States District Court Northern District of Illinois Eastern Division Prosecutor's Office; United States Assistant Attorney Elly Moheb;
United States District Court Northern District of Illinois Eastern Division Judge John R. Blakey.


Respectfully Submitted,

Brian Arflack #72653-511
MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605

/s/ Brian Arflack     11 / 6 / 2025
                                      Date

CERTIFICATE OF SERVICE

I, Brian Arflack, Self-Representing in Propria Persona, hereby certify that I am depositing into institutional Legal Mail Service at MCC Chicago, 71 W. Van Buren St., Chicago, IL 60605, with First Class prepaid postage affixed thereto; on this _10th_ Day of _NOVEMBER_, 2025, the following document(s) for Filing and Service by the Clerk of the U.S. District Court:

DOCUMENTS TO FILE AND SERVICE:

1) MY RIGHT OF SUBROGATION

PARTIES TO BE NOTIFIED AND SERVICED:

1. AUSA Elly Moheb
   U.S. Attorney's Office
   219 S. Dearborn St., Fifth Floor
   Chicago, IL 60604

2. Brian Arflack 72653-511
   MCC Chicago
   71 W. Van Buren St.
   Chicago, IL 60605

3. Lisa Crouch
   POA
   610 Cypress Drive
   Franklin, KY 42134

4. Clerk of Court Northern District of Illinois
   Thomas G. Bruton
   Federal Courthouse Dirksen Federal Courthouse
   219 S. Dearborn St.
   Chicago, IL 60604

5. United States District Judge
   Northern District of Illinois
   Judge John R. Blakey
   219 S. Dearborn St.
   Chicago, IL 60604

FROM: Brian Arflack 72653-511
MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605

TO: Clerk of the U.S. District Court
NDIL Eastern Division
Thomas Bruton
219 S. Dearborn St.
Chicago, IL 60604

I, Brian Arflack, swear under penalty of perjury that the aforementioned is true and correct on this _10th_ Day of _November_, 2025.

_[signature: Brian Arflack]_

BRIAN ARFLACK #736
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
CHICAGO, IL 60605

Special Legal Mail

RECEIVED
S SUBURBAN IL 604
12 NOV 2025 PM 1 L
177

NOV 17 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT CLERK OF COURT
THOMAS G. BRUTON
219 SOUTH DEARBORN ST.
CHICAGO, IL 60604
60604-180099

**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

NOV 12 2025

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return to the enclosure to the above address.



11/17/2025-13