

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

UNITED STATES OF AMERICA

    Plaintiff,

v.

BRIAN ARFLACK.

    Defendant.

Case No. 25CR177

## AFFIDAVIT

I, Erika Garcia, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter. I am an employee of Robert G. Hanrahan Investigations, LLC located at 505 E. Illinois, Lower Level, Chicago, Illinois 60611, a Private Detective Agency listed under the Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, Agency License #117-001244.

On September 18, 2025, I attempted to obtain the below court files at the United States District Court Clerk's Office, 219 S. Dearborn Street, 20th Floor, Chicago, IL.

1. Provide the number of Special Grand Juries active in the year 2023, 2024 or 2025 including the month and year each was impaneled and selected. In fact, the supervisor I spoke to, "Trevor", advised me the Clerk of the United States District Court, Northern District of Illinois, Eastern Division does not have any records for any Grand Juries or Special Grand Juries ever.
2. For each indictment date listed, determine whether a Grand Jury or Special Grand Jury was convened on that date, and provide records confirming such or a statement affirming non-existence.
3. Identify the location where each alleged Special Grand Jury hearing was held for every indictment.
4. Provide a list of Special Grand Jury members selected and convened for each indictment hearing. Additionally, specify the exact number of grand jurors present at each hearing.
5. Provide the "Certificate of Concurrence" showing the poll count of how many grand jurors voted in favor of returning a True Bill of Indictment. This certificate is required to be filed with the Clerk of Court upon the return of every True Bill of Indictment.
6. Provide the "Certificate of Proof" verifying that each indictment was returned in open court.
7. Provide an authenticated copy of the original signed and/or endorsed True Bill of Indictment returned in each case.
8. Provide a certified copy of the docket sheet for each case.
9. Provide a certified copy of the primary pleading/complaint on file for each case.
10. Provide a certified copy of the Affidavit of Complaint on file.
11. Provide a certified copy of the mandatory affidavit affixed with the jurat, as filed in the Clerk's Office.
12. Provide a certified affidavit from the Clerk verifying the non-existence of any of the documents detailed herein, including a detailed statement.

13. Provide an affidavit from the assigned investigator affirming that they personally obtained the requested documents, records, and affidavits from the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, establishing chain of custody.
14. Provide the written policy of the Court regarding the procedures for sequestering, selecting, and convening Grand Juries, Special Grand Juries, and Trial Juries.
15. Provide Form AO 190 – Number of Grand Jurors Concurring in an indictment.
16. Provide Form AO 191 – Report of a Grand Jury's Failure to Concur in an indictment.
17. Provide Form AO 90 – Criminal Complaint.
18. Provide Form AO 442 – Arrest warrant.
19. Provide Form AO 455 – Waiver of Indictment.
20. Provide the "Mandatory Affidavit" as required by the U.S. Department of Justice Criminal Resource Manual, Chapter 605.
21. Provide the Oaths of Office (Article III) for the following judges:
    - Judge Steven Seeger
    - Judge John R. Blakey
    - Judge Martha Pacold
    - Judge John F. Kness

The clerk advised me that they could not locate any of the above-mentioned documents. I provided them with an affidavit to sign (Attachment #1), and the clerk refused to sign it. We then asked the clerk for their first and last name, but they would not provide it. We then asked for a supervisor. A supervisor came to the desk and stated his name was "Trevor" but would not provide us with his last name.

Further, the affiant sayeth not.

_____
Erika Garcia

Subscribed and Sworn
Before me this __11th__ day
of __October__, 2025.

_____
Notary Public

ALEXANDRA SILVER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 18, 2026

BRIAN ARFLACK #72653-511
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
CHICAGO, IL 60605


1867 Special
Legal Mail


12/15/2025-11




U.S. DISTRICT COURT CLERK

THOMAS G. BRUTON

219 SOUTH DEARBORN ST.

CHICAGO, IL 60604

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST CHICAGO IL 60605

DEC U 2025

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return to the enclosure to the above address.



RECEIVED
DEC 15 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT