


IN THE UNITED STATES DISTRICT COURT
A NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CASE NO. 1:25-CR-177 |
| Brian Arflack, | ) | |
| Defendant, | ) | |

DEFENDANT'S DECLARATION THAT ADEQUATE NON-CRIMINAL ALTERNATIVES EXIST TO PROSECUTION

I, Brian Arflack, Self-Representing in Propria Persona, in my private capacity as a competent natural person, do hereby declare the facts set forth herein are based upon personal knowledge and if called upon to testify I could do so competently:

1. DOJ Manual <u>Principles of Federal Prosecution</u>, specifically 9-27.220 states: "The attorney for the government should commence federal prosecution if he/she believes that the person's conduct constitutes a federal offense, and that admissable evidence will probably be sufficient to obtain a conviction, unless:
   (a) the prosecution would serve NO SUBSTANTIAL federal interest;
   (b) the person is subject to effective prosecution in another jurisdiction; or
   (c) there exists an adequate non-criminal alternative to prosecution."

2. The Accused, in June/July 2023 received Certification for Rehabilitative Programming from the ODRC (Ohio Department of Corrections) while at "CRC" Facility.

3. The Accused, while under Supervision of the ODRC APA (Adult Parole Authority), successfully completed a State/Federal recognized Certification for Rehabilitative Programming while at the Volunteers of America (VOA) "halfway house", a Cognitive Behavioral Intervention program to reduce recidivism via CBI risk-reduction and risk-analysis techniques. Certification and coursework occurred between May 2024 and September 2024.

4. The Accused, while under Supervision of the ODRC APA, from March 2024 through April 10, 2025, demonstrated ZERO RECIDIVISM and PROOF OF SUCCESSFUL REHABILITATION.
   (a) Transitioned to living in an assisted living facility, operated by GOOD SAMARITAN with exemplary reports by Staff and the ODRC APA Parole Officer Kyle Collier. Lived in this facility from October 2024 until March 31, 2025.
   (b) I started employment at U.S. Postal Services effective Dec. 30, 2024 through date of Arrest/Incarceration/Detainment of April 10, 2025, and had completed the 90 day probation period. I was successfully reintegrated as a good citizen.
   (c) Pro-actively sought out Probation Officer Kyle Collier, to update status and report progress through successful rehabilitation and reintegration. Met Goals.
   (d) GOOD SAMARITAN can be contacted through Brian Gilvin.
   (e) Accused also pro-actively sought Professional Counseling and CBT Therapy for a diagnosed "Adjustment Disorder" from NOVA Behavioral Health, and attended regular sessions to complement the CBI program at the VOA, and deal with trauma from a 29-year marriage/divorce, incarceration and making better decisions.
   (f) In summation, demonstrated and resulted in PROOF OF EFFECTIVE REHABILITATION and ZERO RISK OF RECIDIVISM.

5. Evidence will show that Accused stands charged illegally-unlawfully when access is gained to Judicial Documents (Certificate of Concurrence does not Exist) and findings that there is NO LEGAL-VALID ACCUSATION due to NO GRAND JURY INDICTED NOR RETURNED an INDICTMENT NOR JURAT OF CLERK OF COURT attesting to same and NO RECORD OF AN INDICTMENT RETURN PROCEEDING.

6. Evidence will show that the N.D.Ill. U.S. Dist. Attorney's Office FAILED TO FOLLOW DOJ Policies/Procedures in violation of the FORMAL PROCESS and 6th Amendment, which violated Defendant's DUE PROCESS (5th Amendment) RIGHTS:
   (a) NO <u>Primary Pleading</u> was filed nor submitted by Accuser (Corpus Delicti), therefore NO Factual Allegations EXIST by which an inference can be drawn that Accuser's (Plaintiff's) RIGHTS were violated. NO LEGAL ACCUSATION EXISTS.
   (b) NO <u>Criminal Complaint</u> was filed nor submitted, therefore NO LEGAL ACCUSATION EXISTS.
   (c) NO <u>Mandatory Affidavit</u> was prepared nor filed nor submitted from the non-existent Factual Allegations from Accuser's (Plaintiff's) non-existent <u>Primary Pleading</u>, therefore no requisite documents exist (which are required) to seek application for a (proposed) indictment with which to propose to a Grand Jury.
   (d) Because of (a), (b) and (c) above, there are no Factual Allegations (particulars) nor legal-valid "Probable Cause" to seek indictment and there are NO Factual Allegations with which to create a legal-valid sufficient charging instrument.
   (e) No legal-valid "Probable Cause" exists.
   (f) No legal-valid "Indictment" exists because there is no Certificate of Concurrence, no Indictment Return Proceeding documented (nor Recording nor Transcript), NOR Jurat of Clerk of Court witnessing/attesting to "Return" by a Grand Jury and "concurrence", NOR a legally-valid documented federal Grand Jury in session at Indictment Return Proceeding (an Open Court Proceeding), NOR ORDER from a Judge accepting Return of said "charging instrument" which is PUBLIC RECORD per Local Rule 6.2. according to <u>AFFIDAVIT</u> attached with this Declaration.

7. Evidence will show 4th Amendment and <u>Miranda</u> violations which render all evidence as tainted/inadmissible in its entirety. There is no sufficient basis to justify further prosecution, especially an illegal-unlawful prosecution, which PREJUDICES Defendant.

8. Records will show that incarceration by ODRC from March 2023 through March 2024 served as a 100% effective deterrent (resulted in rehabilitation and model-citizenry with ZERO recidivism risk) and there is NO SUBSTANTIAL FEDERAL interest (cost/benefit analysis) to justify further prosecution AND ADEQUATE NON-CRIMINAL ALTERNATIVES EXIST TO PROSECUTION. Goals have already been accomplished, as a debt was paid to society.

9. The Accused, while under ODRC APA Supervision, also effectively accomplished community service, jobs training program participation and volunteerism to benefit society:
   (a) Proactively, voluntarily enrolled in Montgomery County (Ohio) Office of Rehabilitation and Reintegration "Re-entry Program", co-sponsored by Honorable Walter Rice (Judge at federal level in Dayton Ohio). Earned 16 Coursework Certifications AND earned Program Certification (upon graduation) in May 2024. Records and character references can be obtained from Jamie Gee, Titus Sterling or other staff there.
   (b) Proactively completed two (2) jobs certification programs (Forklift OHSA, and Manufacturing Skills Training) at DAYTON EQUITY CENTER in Fall 2024. I ALSO performed community service by volunteering time to facilitate that program and assist staff during and AFTER I completed Certification. Records can be obtained and character references from Fred Snead, Ashton Dupler and others.
   (c) Dayton Equity Center was located in McKinley United Methodist Church complex, which I also volunteered to the community and church by working in/with the Food Pantry Program unloading/organizing food items/sundries from delivery and helping hand out the products to citizens/needy. Character references can be obtained by contacting the church staff (Ms. Arlene, Pastor Kima, Dr. Roper, Natasha Ivery, etc.).

I have read the foregoing and depose upon my signature the foregoing information contained herein is true except those matters made upon information and belief as to those matters I believe them to be true and made under the threat of perjury.
   I, Brian Arflack, swear under the penalty of perjury under the United States of America that the information contained herein is true and correct on this _____ Day of December, 2025.

Brian Arflack #72653-511
MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

UNITED STATES OF AMERICA

    Plaintiff,

v.

BRIAN ARFLACK.

    Defendant.

Case No. 25CR177

## AFFIDAVIT

I, Erika Garcia, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter. I am an employee of Robert G. Hanrahan Investigations, LLC located at 505 E. Illinois, Lower Level, Chicago, Illinois 60611, a Private Detective Agency listed under the Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, Agency License #117-001244.

On September 18, 2025, I attempted to obtain the below court files at the United States District Court Clerk's Office, 219 S. Dearborn Street, 20th Floor, Chicago, IL.

1. Provide the number of Special Grand Juries active in the year 2023, 2024 or 2025 including the month and year each was impaneled and selected. In fact, the supervisor I spoke to, "Trevor", advised me the Clerk of the United States District Court, Northern District of Illinois, Eastern Division does not have any records for any Grand Juries or Special Grand Juries ever.
2. For each indictment date listed, determine whether a Grand Jury or Special Grand Jury was convened on that date, and provide records confirming such or a statement affirming non-existence.
3. Identify the location where each alleged Special Grand Jury hearing was held for every indictment.
4. Provide a list of Special Grand Jury members selected and convened for each indictment hearing. Additionally, specify the exact number of grand jurors present at each hearing.
5. Provide the "Certificate of Concurrence" showing the poll count of how many grand jurors voted in favor of returning a True Bill of Indictment. This certificate is required to be filed with the Clerk of Court upon the return of every True Bill of Indictment.
6. Provide the "Certificate of Proof" verifying that each indictment was returned in open court.
7. Provide an authenticated copy of the original signed and/or endorsed True Bill of Indictment returned in each case.
8. Provide a certified copy of the docket sheet for each case.
9. Provide a certified copy of the primary pleading/complaint on file for each case.
10. Provide a certified copy of the Affidavit of Complaint on file.
11. Provide a certified copy of the mandatory affidavit affixed with the jurat, as filed in the Clerk's Office.
12. Provide a certified affidavit from the Clerk verifying the non-existence of any of the documents detailed herein, including a detailed statement.

13. Provide an affidavit from the assigned investigator affirming that they personally obtained the requested documents, records, and affidavits from the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, establishing chain of custody.
14. Provide the written policy of the Court regarding the procedures for sequestering, selecting, and convening Grand Juries, Special Grand Juries, and Trial Juries.
15. Provide Form AO 190 – Number of Grand Jurors Concurring in an indictment.
16. Provide Form AO 191 – Report of a Grand Jury's Failure to Concur in an indictment.
17. Provide Form AO 90 – Criminal Complaint.
18. Provide Form AO 442 – Arrest warrant.
19. Provide Form AO 455 – Waiver of Indictment.
20. Provide the "Mandatory Affidavit" as required by the U.S. Department of Justice Criminal Resource Manual, Chapter 605.
21. Provide the Oaths of Office (Article III) for the following judges:
    - Judge Steven Seeger
    - Judge John R. Blakey
    - Judge Martha Pacold
    - Judge John F. Kness

The clerk advised me that they could not locate any of the above-mentioned documents. I provided them with an affidavit to sign (Attachment #1), and the clerk refused to sign it. We then asked the clerk for their first and last name, but they would not provide it. We then asked for a supervisor. A supervisor came to the desk and stated his name was "Trevor" but would not provide us with his last name.

Further, the affiant sayeth not.

_____
Erika Garcia

Subscribed and Sworn
Before me this __11th__ day
of __October__, 2025.

_____
Notary Public

ALEXANDRA SILVER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 18, 2026

CERTIFICATE OF SERVICE

I, Brian Arflack, Self-Representing in Propria Persona, hereby certify that I am depositing into institutional Legal Mail Service at MCC Chicago, 71 W. Van Buren St., Chicago, IL 60605, with First Class prepaid postage affixed thereto; on this 29th Day of DECEMBER, 2025, the following document(s) for Filing and Service by the Clerk of the U.S. District Court:

DOCUMENTS TO FILE AND SERVICE:

1. DEFENDANT's DECLARATION THAT ADEQUATE NON-CRIMINAL ALTERNATIVES EXIST TO PROSECUTION

PARTIES TO BE NOTIFIED AND SERVICED:

1. AUSA Elly Moheb
   U.S. Attorney's Office
   219 S. Dearborn St., Fifth Floor
   Chicago, IL 60604

2. Brian Arflack 72653-511
   MCC Chicago
   71 W. Van Buren St.
   Chicago, IL 60605

3. Lisa Crouch
   POA
   610 Cypress Drive
   Franklin, KY 42134

4. Judicial Complaint Dept.
   219 South Dearborn St., Room 2711
   Chicago, IL 60604

5. Illinois Judiciary Board
   100 W. Randolph St., Suite 14-500
   Chicago, IL 60601

6. United States Department of Justice
   Office of Professional Responsibility
   950 Pennsylvania Ave. NW, Suite 3266
   Washington, D.C. 20530

FROM: Brian Arflack 72653-511
      MCC Chicago
      71 W. Van Buren St.
      Chicago, IL 60605

TO: Clerk of the U.S. District Court
    NDIL Eastern Division
    Thomas Bruton
    219 S. Dearborn St.
    Chicago, IL 60604

I, Brian Arflack, hereby certify under penalty of perjury that the aforementioned is true and correct on this 29th Day of December, 20 25.

_____

BRIAN ARFLACK #72653-511
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
CHICAGO, IL 60605

RECEIVED
JAN 05 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

S SUBURBAN IL 604
30 DEC 2025 PM 6 L



Special
LEGAL MAIL

01/05/2026-5

U.S. DISTRICT CLERK OF COURT
THOMAS G. BRUTON
219 South DEARBORN ST.
CHICAGO, IL 60604

60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

DEC 3 0 2025

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.