

FILED 1/14/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Brian Arflack,<br>Defendant. | CASE NO. 1:25-CR-00177<br><br>Hon. John R. Blakey |

JUDICIAL COMPLAINT
AND REPORT OF MALFEASANCE/MISFEASANCE BY COURT OFFICERS
BASED ON FACTUAL EVIDENCE FROM LICENSED PRIVATE DETECTIVE AGENCY INVESTIGATION

| NOTICE OF JUDICIAL COMPLAINT TO: | NOTICE OF CRIMINAL MALFEASANCE/MISFEASANCE: |
|---|---|
| Illinois Judiciary Board / 7th Cir. Court of Appeals | DOJ - Office of Professional Responsibility |
| Judicial Conduct Committee (Washington, D.C.) | Kash Patel, FBI Director |
| Judicial Complaint Dept. (N.D. Ill. Eastern Div.) | Pam Bondi, U.S. Attorney General |
| Chief Justice Virginia Kendall (N.D. Ill. East. Div.) | Dr. Martin & President Donald Trump "Working Group" |

_____INTRODUCTION: MALFEASANCE / MISFEASANCE_____

BASED UPON FACTUAL EVIDENCE OBTAINED BY A LICENSED PRIVATE DETECTIVE AGENCY, hired by Brian Arflack (hereinafter "Complainant", "Defendant"), investigating the N.D. Ill. Eastern Division U.S. District Court Clerk of Court's Office for production of requested Judicial Documents and Records for Defense in the Case at Bar. The Clerk of Court's Office "cannot locate" said Judicial Documents and Records. Docket Sheet (FRE Rule 902 Self-Authenticating) and Dkt Entry #1 also suggest that the N.D. Ill. U.S. Attorney's Office is prosecuting Defendant unlawfully in VIOLATION of DOJ FORMAL PROCESS and in VIOLATION OF DUE PROCESS. N.D. Ill. Court Officer(s) known and unknown have factual knowledge and are complicit in Prosecuting a percentage of Cases with Fundamental Defective Process in Violation of Due Process and FRCrP. Presiding Judge Blakey DENIES as "Frivolous" Defendant's Filings attempting to Redress Grievances and access Judicial Documents and Records, which DENIES Defendant of Due Process.

The actions of JUDGE JOHN R. BLAKEY, former Defense Counsel Darryl Goldberg, current Stand-By Counsel Patrick Boyle and the organized "standard practice" actions of the N.D. Ill. Prosecutor(s) and other Court Officers indicate Malfeasance / Misfeasance and justifies Criminal Investigation BECAUSE their unlawful acts constitute violations of: 18 U.S.C.S. Sect. 241 "Conspiracy Against Rights" and 18 U.S.C.S. Sect. 242 "Deprivation of Rights Under Color of Law", and violations of 4th, 5th, 6th, 8th, 13th and 14th Amendment Rights guaranteed by the United States Constitution including: Grand Jury Clause, Due Process Clause, Equal Protection Clause, Confrontation Clause, Nature and Cause, and Compulsory Process Clause.

_____SUMMARY OF DOCUMENTS/RECORDS NOT FOUND BY CLERK OF COURT'S OFFICE_____

Brian Arflack, Complainant and Defendant, hired Robert G. Hanrahan Investigations, LLC [a Licensed Private Detective Agency (Illinois License #117-001244)] to seek production of Judicial Documents and Records from the U.S. Dist. Clerk of Court's Office (N.D. Ill. East. Div.), and the results of said investigation are summarized by Investigator in Notarized "AFFIDAVIT" attached as EXHIBIT 1 to this Judicial Complaint. Results indicate non-existence of mandatory documents:

1. No PRIMARY PLEADING from the Accuser (Corpus Delicti) exists nor filed, therefore nor Factual Allegations exist to infer that Accuser's Rights were violated. The UNITED STATES OF AMERICA, cannot be the Plaintiff/Accuser, the Accuser must be some identifiable man/woman who's rights were violated and made allegations/accusations.
2. No CRIMINAL COMPLAINT exists from the Accuser (Corpus Delicti). No Factual Allegations Exist at all.
3. No MANDATORY AFFIDAVIT from the Prosecutor exists nor was filed, nor prepared with non-existent Factual Allegations from non-existent Accuser's PRIMARY PLEADING, with which to seek application for Indictment.
4. No Records of Special Grand Jury nor Grand Juries (violates Local Rule 6.2., some Records are PUBLIC RECORD).
5. No Records of Indictment Return Proceedings.
6. No Form AO 190 - "Number of Grand Jurors Concurring in an Indictment" (known as a "Certificate of Concurrence").
7. No Form AO 191 - "Report of Grand Jury's Failure to Concur in an Indictment" (happens when a "No Bill" returned).

8. No JURAT/STAMP of Clerk of Court on Dkt. Entry #1 - Document was NOT RETURNED in Open Court in an Indictment Return Proceeding. NO LEGAL-VALID GRAND JURY existed with 16-23 Grand Jurors, nor did 12 Grand Jurors "concur".
9. No ORDER from a Judge on Docket Sheet nor Minute Entry returning document used to "prosecute" Defendant.
10. No ORDER from a Judge to "Seal" any document used to Prosecute Defendant.
11. No ORDER from a Judge to "Redact" any document used to Prosecute Defendant.
12. No Motion to Seal from Prosecutor to "seal" the document Dkt. #1, nor specify what "sensitive info" gets sealed.
13. "Special Grand Jury" Transcripts, if and when provided, are not OFFICIAL TRANSCRIPTS from the Northern District of Illinois, as evidenced by numerous Defendant's Transcripts, including Case No. 22-CR-81 (Donald Wilson Jr.).
14. Evidence suggests as few as three people (Prosecutor, Case Agent/Witness, and Operator of Recording Device) are the "Special Grand Jury". No Indictment Return Proceeding gets disclosed when requested for a percentage of Cases. NO DOCKET SHEET ENTRY exists for Grand Jury presentment/return.

### JUDICIAL COMPLAINT

Judge John R. Blakey's actions have severely prejudiced Defendant (Complainant) by his repeated BIAS/PREJUDICE against Defendant and in favor of Plaintiff (UNITED STATES OF AMERICA) by and through the following actions:

A. Circumvents ADVERSARIAL PROCESS by Acting as a Lawyer (in violation of 28 U.S.C.S. Sect. 455(b)(5)(ii):
  1. Plaintiff has not REBUTTED nor RESPONDED to any of the 37 Filings by Defendant, Brian Arflack.
  2. NOT ONE HEARING has not been scheduled as requested by Defendant in order to develop the record.
  3. Judge Blakey ruled on Defendant's 37 filings without REBUTTAL NOR RESPONSE from Plaintiff NOR HEARING.

B. Personal Knowledge of Disputed Evidentiary Facts, in violation of 28 U.S.C.S. Sect. 455(b)(1):
  1. Licensed Private Detective Agency hired by Defendant, provided an Affidavit, which Defendant has tried to introduce as evidence under FRE Rule 201 Judicial Notice. Denied as Frivolous by Judge Blakey.
  2. Defendant addressed relevant facts from DOCKET SHEET and Dkt Entry #1, which Judge Blakey at 11/21/2025 Hearing, proffered a "document" purporting to be the "original signed, sealed indictment", however NO Jurat Nor Stamp from Clerk of Court exists, therefore NO PROOF was returned at an Indictment Return Proceeding.

Judge John R. Blakey by and through his actions has committed:
C. Bias or Prejudice of Judge in violation of 28 U.S.C.S. Sect. 144 and 28 U.S.C.S. Sect. 455(b)(1)
D. Judicial Misconduct
E. Abuse of Authority
F. Failure to honor his Oath by failing to Administer Justice and Faithfully and Impartially Discharge and Perform all the Duties Incumbent Upon Him in accordance with the Laws and Constitution of the United States of America
G. Violates the Judicial Code of Conduct.

NOTE: A detailed breakdown of facts supporting this Complaint can be found on attached AFFIDAVIT OF COMPLAINT IN SUPPORT OF JUDICIAL COMPLAINT & AFFIDAVIT OF COMPLAINT IN SUPPORT OF 28 U.S.C. SECT. 144. Refer to Docket Sheet for access to assess that Filings are apropos.

Due to the Violations of Defendant's Constitutional Rights, and unable to receive REMEDY or RECOURSE to Redress Grievance in the Court of John R. Blakey, I plead for DISQUALIFICATION OF JUDGE JOHN R. BLAKEY from my case such that I can get an UNBIAS/UNPREJUDICE Judge whom will permit ADVERSARIAL PROCESS and permit DEFENDANT access to Judicial Documents which will SUPPORT the Findings of PRIVATE INVESTIGATION performed by Licensed Private Detective Agency.

Brian Arflack #72653-511  
MCC Chicago  
71 W. Van Buren St.  
Chicago, IL [60605]

Respectfully Submitted,

*[signature: Brian Arflack]*

I, Brian Arflack, certify under penalty of perjury that the aforementioned is true and correct to the best of my knowledge and belief under the Laws of the United States of America, on this __6th__ Day of __JANUARY__, 2026.

*[signature: Brian Arflack]*

EXHIBIT 1
PG 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

UNITED STATES OF AMERICA

    Plaintiff,

v.

BRIAN ARFLACK.

    Defendant.

Case No. 25CR177

## AFFIDAVIT

I, Erika Garcia, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter. I am an employee of Robert G. Hanrahan Investigations, LLC located at 505 E. Illinois, Lower Level, Chicago, Illinois 60611, a Private Detective Agency listed under the Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, Agency License #117-001244.

On September 18, 2025, I attempted to obtain the below court files at the United States District Court Clerk's Office, 219 S. Dearborn Street, 20th Floor, Chicago, IL.

1. Provide the number of Special Grand Juries active in the year 2023, 2024 or 2025 including the month and year each was impaneled and selected. In fact, the supervisor I spoke to, "Trevor", advised me the Clerk of the United States District Court, Northern District of Illinois, Eastern Division does not have any records for any Grand Juries or Special Grand Juries ever.
2. For each indictment date listed, determine whether a Grand Jury or Special Grand Jury was convened on that date, and provide records confirming such or a statement affirming non-existence.
3. Identify the location where each alleged Special Grand Jury hearing was held for every indictment.
4. Provide a list of Special Grand Jury members selected and convened for each indictment hearing. Additionally, specify the exact number of grand jurors present at each hearing.
5. Provide the "Certificate of Concurrence" showing the poll count of how many grand jurors voted in favor of returning a True Bill of Indictment. This certificate is required to be filed with the Clerk of Court upon the return of every True Bill of Indictment.
6. Provide the "Certificate of Proof" verifying that each indictment was returned in open court.
7. Provide an authenticated copy of the original signed and/or endorsed True Bill of Indictment returned in each case.
8. Provide a certified copy of the docket sheet for each case.
9. Provide a certified copy of the primary pleading/complaint on file for each case.
10. Provide a certified copy of the Affidavit of Complaint on file.
11. Provide a certified copy of the mandatory affidavit affixed with the jurat, as filed in the Clerk's Office.
12. Provide a certified affidavit from the Clerk verifying the non-existence of any of the documents detailed herein, including a detailed statement.

EXHIBIT 1
PG 2 of 2

13. Provide an affidavit from the assigned investigator affirming that they personally obtained the requested documents, records, and affidavits from the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, establishing chain of custody.
14. Provide the written policy of the Court regarding the procedures for sequestering, selecting, and convening Grand Juries, Special Grand Juries, and Trial Juries.
15. Provide Form AO 190 – Number of Grand Jurors Concurring in an indictment.
16. Provide Form AO 191 – Report of a Grand Jury's Failure to Concur in an indictment.
17. Provide Form AO 90 – Criminal Complaint.
18. Provide Form AO 442 – Arrest warrant.
19. Provide Form AO 455 – Waiver of Indictment.
20. Provide the "Mandatory Affidavit" as required by the U.S. Department of Justice Criminal Resource Manual, Chapter 605.
21. Provide the Oaths of Office (Article III) for the following judges:
    - Judge Steven Seeger
    - Judge John R. Blakey
    - Judge Martha Pacold
    - Judge John F. Kness

The clerk advised me that they could not locate any of the above-mentioned documents. I provided them with an affidavit to sign (Attachment #1), and the clerk refused to sign it. We then asked the clerk for their first and last name, but they would not provide it. We then asked for a supervisor. A supervisor came to the desk and stated his name was "Trevor" but would not provide us with his last name.

Further, the affiant sayeth not.

_____
Erika Garcia

Subscribed and Sworn
Before me this __16th__ day
of __October__, 2025.

_____
Notary Public

ALEXANDRA SILVER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 18, 2026

BRiAN ARFLACK #72653-511
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
CHICAGO, IL [60605]

Special
LEGAL MAIL

01/14/2026-14



RECEIVED
JAN 14 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT CLERK OF COURT
THOMAS G. BRUTON
219 SOUTH DEARBORN ST.
CHICAGO, IL [60604]

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

JAN 09 2026

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.